FR:KKO
F. #2016R00515

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | FINAL ORDER OF FORFEITURE |
| - against - | 16-CR-254 (Cogan, J.) |
| ROBIN ALAN FULLER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on November 11, 2016, ROBIN ALAN FULLER, (the "defendant"), entered a plea of guilty to the offense charged in Count Two of the above-captioned indictment, charging a violation 18 U.S.C. § 2251(d)(1)(A);

WHEREAS, on January 20, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure finding that all right, title, and interest in:

      a.  One (l) Western Digital hard drive S/N WCC 300 886 693;

      b.  One (1) iPhone S/N 013 442 009 349 704;

      c.  Two (2) 8 GB Micro SD Cards with adapter without S/Ns;

      d.  One (1) 4 GB Micro SD Card with adapter S/N 0937CH7893Y;

      e.  One (1) 4 GB flash drive S/N ATMMD4GFTPCO;

      f.  Eleven (11) Sim Cards;

      g.  One (1) Samsung cellular phone S/N R51GA141X2A;

      h.  One (1) Fujitsu hard drive S/N NW81T69269FD;

       i.   One (1) ACOM hard drive S/N AC10041400826;

       j.   One (1) Firewire USB S/N 608 100 1465;

       k.   One (1) Firewire USB S/N 620 010016 53; and

       l.   One (1) Apple MacBook Pro S/N C02HG 30X DV7M

recovered from the defendant on or about March 4, 2016 (the "Forfeited Property"), are forfeitable to the United States, pursuant to 18 U.S.C. § 2253, as: (i) any visual depiction described in Sections 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (ii) any property, real or personal, constituting or traceable to, gross profits or other proceeds obtained from the offenses of conviction; (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses of conviction, or any property traceable to such property; and/or (iv) substitute assets, pursuant to Title 21, United States Code, Section 853(p);

      WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning January 31, 2017 through and including March 1, 2017 (Docket Entry no. 20); and

      WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Property and the time to do so under Title 21, United States Code, Section 853(n)(2) has expired.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p), and the Preliminary Order of Forfeiture, all right, title, and

interest in the Forfeited Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Customs and Border Protection, and/or Homeland Security Investigations, or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail four (4) certified copies of this executed Final Order of Forfeiture to FSA Law Clerk, Alexander D. Teichman, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
         _May 19_____, 2017

                                    SO ORDERED:


                                    _____
                                    HONORABLE BRIAN M. COGAN
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK