# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Robin Fuller

Docket No.: 16 Cr. 254 (BMC)

Hon. Brian M. Cogan
(District Court Judge)

Notice is hereby given that Robin Fuller appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on 10/26/17 (date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: 10/18/17   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Robert A. Soloway, Esq. |
| Counsel's Address: | 100 Lafayette Street, Suite 501 |
| | New York, New York 10013 |
| Counsel's Phone: | 212-571-5500 |
| Assistant U.S. Attorney: | Moira Kim Penza, Esq. |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | 718-254-6454 |

Signature